[No. 53843-8-I.   Division One.   February 7, 2005.]

MARJORIE GOULD, ET AL., *Respondents*, v. MOTEL 6 OPERATING L.P., ET AL., *Appellants*.

Appeal from judgments of the Superior Court for Whatcom County, No. 01-2-00825-7, David A. Nichols, J., entered June 13, 2003 and January 30, 2004. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Kennedy and Appelwick, JJ.

[No. 53960-4-I.   Division One.   February 7, 2005.]

*In the Matter of the Detention of* LEONARD ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-10551-5, Michael J. Trickey, J., entered October 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 30123-7-II.   Division Two.   February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ALAN HEATON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00495-6, Kathryn J. Nelson, J., entered March 21, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[Nos. 30761-8-II; 30948-3-II.   Division Two.   February 8, 2005.]

*In the Matter of the Custody of* TRINA M. HALLS, ET AL.

JEFFERY C. HALLS SR., *Respondent*, v. JUNE ARDEN, *Appellant*.

Appeals from a judgment of the Superior Court for Jefferson County, No. 02-5-00010-0, Thomas J. Majhan, J., entered August 22, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J. Now published at 126 Wn. App. 599.